## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

In:  
LaTanya Blevins            )  
    Debtor(s)            )    Case No.: 12-  
                             )    Chapter 13  
                             )  
                             )  
                             )  
                             )  
                             )  

### LANNING STATEMENT OF DEBTOR

Comes Now Debtor LaTanya Blevins, and upon her oath states:

1. I am the Debtor in this cause.
2. In November, 2009, I was diagnosed with Multiple Sclerosis.
3. In December, 2011, my illness caused me to be unable to perform my duties at work. In that month, I was placed on short-term disability.
4. While on short-term disability I was entitled to 13 weeks of full-pay, or $26.10 per hour at 40 hours a week. These full-time payments concluded in March, 2012. Thereafter, while on short-term disability, I have been entitled to 50% of my full-time pay. Since March, 2012, I have received, and will continue to receive, short-term disability based on a rate of $13.05 per hour.
4. I ask this Court to calculate my disposable income based on at rate a pay of $13.05 per hour at 40 hours a week, rather than the calculations as set forth in my B22 for the reason that my chronic health conditions makes it unreasonable to conclude that I will return to full-time employment at rate of pay of $26.10 per hour.

Dated: July 19, 2012                                       /s/ LaTanya D. Blevins  
                                                                  LaTanya Blevins